UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY C. ALLEN,<br><br>          Plaintiff,<br><br>   v.<br><br>HER, et al.,<br><br>          Defendants. | No. 2:24-cv-1643 WBS CKD P<br><br><br><br>ORDER |

Plaintiff has filed a document the court construes as a motion for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted.

2. Plaintiff is granted thirty days to file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

3. The court's November 15, 2024, findings and recommendations are vacated.

Dated: December 10, 2024

                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

1
alle1643.eot