1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY C. ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>HER, et al.,<br><br>        Defendants. | No.  2:24-cv-1643 WBS CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  On September 3, 2024, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has filed an amended complaint.  However, the amended complaint is not signed as required under Rule 11 of the Federal Rules of Civil Procedure.  Plaintiff's amended complaint will be dismissed with leave to amend so that plaintiff can comply with Rule 11.

If plaintiff files a second amended complaint it should be submitted on the court's form complaint for inmates bringing § 1983 actions.

Finally, plaintiff is informed the court cannot refer to a prior pleading in order to make plaintiff's second amended complaint complete.  Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint is DISMISSED.

2. The Clerk of the Court is directed to send plaintiff a copy of the court's form complaint for inmates bringing actions under 42 U.S.C. § 1983.

3. Plaintiff is granted 30 days within which to file a second amended complaint on the form to be provided by the Clerk. The second amended complaint must bear the docket number assigned this case and must be labeled "Second Amended Complaint." Failure to file a second amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated: February 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alle1643.11

2