UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY C. ALLEN,

               Plaintiff,

    v.

HER, et al.,

               Defendants.

No.  2:24-cv-1643 WBS CKD P

ORDER

       Plaintiff filed a motion for extension of time to comply with the court's order issued on April 9, 2025.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's motion for an extension of time (ECF No. 22) is GRANTED; and

       2.  Plaintiff is granted thirty days from the date of this order in which to submit the documents identified in the court's May 14, 2025, order.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  May 23, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
alle1643.36(2)