UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY C. ALLEN,

Plaintiff,

v.

HER, et al.,

Defendants.

No. 2:24-cv-1643 WBS CKD P

FINDINGS AND RECOMMENDATIONS

On March 30, 2025, the court ordered plaintiff to return to the court documents necessary for service of process on defendants. Plaintiff was warned that failure to comply with the court's order would result in a recommendation that this action be dismissed. The deadline for compliance with the court's order has expired and, despite an extension, plaintiff has not returned all of the required documents.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 9, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alle1643.fusm